**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CLAUDINE LUCKEY,

      Plaintiff,

v.

OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, et al.,

      Defendants.
_____/

No. C 12-6233 RS

**ORDER RE STATUS OF REMOVAL**

The initial filing in this matter in this Court (Dkt. No. 1) consists of a civil cover sheet and a one page document entitled "Consent to Notice of Removal of Action," in which one defendant purports to consent to the removal of this action from state court by the other defendants. Docket No. 2 is a second copy of that same consent. No underlying notice of removal or copies of the state court pleadings appear to have ever been filed. Without opining whether the filings were sufficient to effect removal of this action, or, if not, whether the defect can be cured at this juncture, defendants are hereby ordered to take appropriate steps to perfect the removal or otherwise clarify the status of these proceedings.

IT IS SO ORDERED.

Dated: 12/27/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Claudine Luckey
530 Chestnut Street #3
San Carlos, CA 94070

DATED:   12/27/12

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg