IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDINE LUCKEY, | No. C 12-6233 RS |
| Plaintiff, | |
| v. | **ORDER RE STATUS OF CASE** |
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, et al., | |
| Defendants. _____/ | |

By prior order, defendants' motion to dismiss was granted, and all claims and all defendants were dismissed, *except* a claim for breach of the duty of fair representation against Office and Professional Employees International Union Local 3 ("Local 3"). Plaintiff was given leave to amend, though she was advised that she could pursue her basic claim against Local 3 without doing so. Because it was unclear whether plaintiff had abandoned this action, she was ordered either to file a statement that she does not intend to amend the complaint, but is still pursuing this action, or to file an amended complaint.

Plaintiff thereafter filed a number of documents, including one labeled as an opposition to the motion to dismiss, which by then had already been granted. Plaintiff also included a declaration, however, which includes the title, "Statement of Not to Amend." It is thus clear from plaintiff's

filings that she is electing to proceed on her remaining claim against Local 3 only, and is not going to file an amended complaint.

As provided in a prior Clerk's Notice, the parties must appear by telephone for a Case Management Conference on March 14, 2013 at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference to arrange their participation. Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-9000 ext. 8657 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help but not legal representation.  Additional resources for pro se litigants can be found at www.cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated:  3/6/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Claudine Luckey
530 Chestnut Street #3
San Carlos, CA 94070

DATED:   3/6/13

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg