IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CLAUDINE LUCKEY,                                            No. C 12-06233 RS

        Plaintiff,                                         **CASE MANAGEMENT**
  v.                                                          **SCHEDULING ORDER**

OPEIU LOCAL 3,

        Defendant.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 14, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION. Parties are hereby REFERRED to a randomly assigned magistrate judge for the purposes of completing a settlement conference to take place, ideally, within the next ninety (90) days.

      2.    DISCOVERY. On or before July 31, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

CASE MANAGEMENT SCHEDULING ORDER

1  subparts; (c) a reasonable number of requests for production of documents or for inspection per
2  party; and (d) a reasonable number of requests for admission per party.

3      3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
4  Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not
5  more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The
6  joint letter must be electronically filed under the Civil Events category of "Motions and Related
7  Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter
8  is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge
9  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After
10 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
11 Judge's procedures.

12     4.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
13 opinions shall proceed as follows:

14     A.    On or before July 5, 2013, parties will make initial expert disclosures in
15 accordance with Federal Rule of Civil Procedure 26(a)(2).

16     B.    On or before July 26, 2013, parties will designate their supplemental and rebuttal
17 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

18     C.    On or before August 16, 2013, all discovery of expert witnesses pursuant to
19 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

20     5.    PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
21 Civil Local Rule 7. All pretrial motions shall be heard no later than **August 29, 2013 at 1:30**
22 **p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San
23 Francisco, California.

24     6.    PRETRIAL CONFERENCE. The final pretrial conference will be held on
25 **October 17, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

      7.     TRIAL DATE.   A bench trial shall commence on **October 28, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

      IT IS SO ORDERED.

DATED:   3/14/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER